IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01867-RPM

ANGELA R. JONES,

    Plaintiff,

v.

RICHARD CUNNINGHAM, M.D.,

    Defendants.

---

## ORDER OF DISMISSAL

---

Pursuant to the Stipulation for Dismissal with Prejudice [9], filed on March 27, 2008, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

Dated: March 28th, 2008

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge